# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE ) | Master Docket No. 1:12-cv-10064 |
| CAPITAL ONE TELEPHONE ) | MDL No. 2416 |
| CONSUMER PROTECTION ACT ) | |
| LITIGATION ) | |
| This document relates to: ) | |
| ) | |
| LARRY KOPCHAK, ) | Case No: 1:14-cv-06601 |
| ) | |
| v. ) | |
| ) | |
| CAPITAL ONE BANK (USA), N.A. ) | |
| AND UNITED RECOVERY SYSTEMS, ) | |
| LP. ) | |

## AGREED ORDER TO DISMISS WITH PREJUDICE

Pursuant to the Joint Stipulation to Dismiss with Prejudice filed by the Plaintiff and Defendants:

IT IS HEREBY ORDERED that all claims against Defendants in *Larry Kopchak v. Capital One Bank (USA), N.A., and United Recovery Systems, LP.,14 C 6601,* are dismissed with prejudice, each party bearing its own attorney's fees and costs, pursuant to Fed. R. Civ. P. 41(a). Civil case terminated.

Dated: January 12, 2015

JAMES F. HOLDERMAN
United States District Court